*Govt. filed in open court on 11/16/07*
*(RPG)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. A. No. 07-__230-M__ |
| JOSE SERRANO, | : |
| Defendant. | : |

# MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    _____   Crime of violence (18 U.S.C. § 3156)
    __X__   Maximum sentence life imprisonment or death
    __X__   10+ year drug offense
    _____   Felony, with two prior convictions in above categories
    _____   Minor victim
    _____   Possession/ use of firearm, destructive device or other dangerous weapon
    _____   Failure to register under 18 U.S.C. § 2250
    __X__   Serious risk defendant will flee
    _____   Serious risk obstruction of justice

FILED
NOV 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

    __x__    Defendant's appearance as required

    __x__    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States **will**/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    __X__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    ____    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 16th day of November, 2007.

                                                        Respectfully submitted,

                                                       COLM F. CONNOLLY
                                                     United States Attorney

                                     By: _____
                                          Douglas E. McCann
                                          Assistant United States Attorney