OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
   Clerk

RECEIVED
FLORENCE, SC
2007 DEC -3  P 1: 57

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

Clerk of Court
U.S. District Court of S.C.
Florence Division
401 West Evans Street
Florence, SC 29501

November 16th, 2007

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Ronald Golden
Deputy Clerk

/rpg
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____.
                                  (date)

_____
Signature

_____
Title: Courtroom Deputy

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 DEC 10 PM 1: 53